UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bang Corporation | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| S/V *Wind Dancer* (O.N. 627625), her engines, tackle and appurtenances, *In Rem*, | ) ) ) |
| | ) |
| and | ) |
| | ) |
| S/V *Mistral* (O.N. 574891), her engines, tackle and appurtenances, *In Rem*, | ) ) |
| | ) |
| and | ) |
| M/V *Pork & Beans,* her engines, tackle and appurtenances, *In Rem*, | ) ) |
| | ) |
| and | ) |
| | ) |
| 26 Ft. Bayliner, MS1164ZB, her engines, tackle and appurtenances, *In Rem*, | ) ) |
| | ) |
| and | ) |
| | ) |
| George Klopecki, *in personam* | ) |
| | ) |
| | ) |
| Defendants | ) |
| | ) |

**05 11610 WGY**

Civil Action No.

RECEIPT # _65981_
AMOUNT $250
SUMMONS ISSUED Yes
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK Tom
DATE 8/2/05

**MAGISTRATE JUDGE** Alexander

VERIFIED COMPLAINT

A.   The Parties

1.     Plaintiff, Bang Corporation ("Bang"), at all times material hereto was, and

now is, a corporation organized and existing under the laws of the Commonwealth of

- 1 -

Massachusetts, having its principal place of business at 417 Main Street, East Boston, Massachusetts 01930.

2.      Defendant S/V *Wind Dancer* (O.N. 627625) is a United States flag yacht which is presently lying at the Bang Corporation shipyard in East Boston, Massachusetts, and will remain within the jurisdiction of this Court during the pendency of these proceedings.

3.      Defendant S/V *Mistral* (O.N. 282977), is a United States flag yacht which is presently lying at the Bang Corporation shipyard in East Boston, Massachusetts, and will remain within the jurisdiction of this Court during the pendency of these proceedings.

4.      Defendant M/V *Pork & Beans (MS2350 KN)* is a United States flag yacht which is presently lying at the Bang Corporation shipyard in East Boston, Massachusetts, and will remain within the jurisdiction of this Court during the pendency of these proceedings.

5.      Defendant 26' Bayliner, HIN BLB5515B0381-4 is a United States flag yacht which is presently lying at the Bang Corporation shipyard in East Boston, Massachusetts, and will remain within the jurisdiction of this Court during the pendency of these proceedings.

6.      Upon information and belief, Defendant George Klopechi is a United States citizen who at all times material hereto was, and remains, the registered owner of the *Mistral* (O.N. 282977), and, therefore liable, *in personam*, to Bang, for the costs incurred for having left the vessel Mistral at Bang's shipyard in East Boston, Massachusetts, in the amount of $15,000.00..

B.    Jurisdiction

7.    This matter is within the admiralty and maritime jurisdiction of this Honorable Court pursuant to 28 U.S.C. §1333 and Supplemental Rule C, Fed. R. Civ. P..

C.    Statement of Facts

8.    Bang Corporation owns a shipyard located in East Boston, Massachusetts. A part of its business has been, and remains, providing docks and piers for mooring vessels, including recreational vessels, and other services for a fee. Bang has been operating this facility since    .

9.    Each of the Defendant vessels named in this complaint has been berthed at the Bang Shipyard for periods in excess of three years, without being attended by its owners.

10.    The owners of the Defendant vessels have stopped paying the required charges for wharfage (pier space used), and ancillary services such as water and electricity, and each has failed to do so for periods of at least two years.

11.    Bang Corporation has undertaken diligent efforts to find the owners of the vessels, through

    a.    Attempting to contact each owner based on their last available address;

    b.    Checking the records at the Coast Guard's National Vessel Documentation Center to ascertain whether the vessels had been sold, and, if so, to whom the vessel was sold; and

    c.    Using telephone directories and similar sources of information in attempts to locate them.

12.     While Bang Corporation was able to find the owners of other vessels, it has been unable to find the owners, other than defendant Klopechi, of these vessels, and therefore seeks the remedies available under Federal law to enforce its maritime liens arising under 46 U.S.C. §31301(4)-(5), and 46 U.S.C. §§31341-31343 for necessaries, including wharfage, maintenance, and safekeeping of the vessels. At the present time, the amounts due and owing for each of the vessels is as follows:

| | | |
|---|---|---|
| a. | S/V *Wind Dancer* | $4,800.00 |
| b. | S/V *Mistral* | $15,000.00 |
| c. | M/V *Pork & Beans* | $3,100.00 |
| d. | 26' Bayliner | $9,000.00 |

13.     Defendant George Klopechi is liable *in personam* for all of the overdue amounts for wharfage, maintenance and safekeeping of the S/V *Mistral* in the amount of $15,000.00.

WHEREFORE, Bang Corporation prays that:

(1)     Process in due form of law, according to the practice of this Honorable Court in matters of admiralty and maritime jurisdiction may issue against the said M/V *Wind Dancer*, M/V *Mistral,* M/V *Pork & Beans,* and 26' Bayliner, their engines, tackle, and appurtenances (the "Vessels");

(2)     That process in due form of law according to the practice of this Honorable Court may issue against the Defendant Vessels, and that the Defendants be cited to appear and answer under oath all and singular the matter aforesaid;

- 4 -

(3)     That all persons having or claiming or have any interest therein be cited to
        appear and answer under oath all and singular the matters aforesaid;

(4)     That Bang Corporation may have judgment against each of the Vessels,
        their engines, tackle and appurtenances for the damages aforesaid together
        with interest and costs;

(5)     That the Vessels may be condemned and sold to pay for same;

(6)     That Bang may have judgment against Defendant Klopechi in the amount
        of $15,000.00 together with interest and costs; and

(7)     That Bang may have such other and further relief as is just and proper.

                        Respectfully submitted,

                        BANG CORPORATION.

                        By its attorneys,

Date:   July 21 , 2005

                        William B. O'Leary
                        B.B.O. No.378575
                        O'Leary & Sbarra
                        63 Shore Road, Suite 25
                        Winchester MA 01890-2828
                        (781) 729-5400

                        Timothy R. McHugh
                        B.B.O. No. 335480
                        P.O. Box 211
                        Southborough, MA 01772
                        617-593-5405
                        508-229-7973 - Facsimile

- 5 -

## VERIFICATION

Commonwealth of Massachusetts
Suffolk ss.

July $2 l^{5t}$, 2005

Peter V. Bang, first being duly sworn, deposes and says:

I am the President and General Manager of Bang Corporation, the Plaintiff herein. I have read the foregoing Verified Complaint, am familiar with the facts alleged in it, and the matters contained therein are true to the best of my knowledge, information and belief; and so far as upon information and belief, I believe them to be true.

The reason that I make this verification is that Bang Corporation is a Massachusetts corporation, and I am an officer thereof, duly authorized to make this verification.

Peter V. Bang

Subscribed and sworn to before me this $2 l^{5t}$ day of July 2005.

Notary Public

My Commission Expires:

- 6 -

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Bang Corporation
480 Meridian Street
East Boston, MA 02128

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Suffolk
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

S/V Wind Dancer
S/V Mistral
S/V Pork & Beans
26 Ft. Bay Liner & George Klodecki

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Suffolk
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.
N/A

**(C)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

William B. O'Leary, Esquire
63 Shore Road, Suite 25
Winchester, MA 01890
(781) 729-5400

ATTORNEYS (IF KNOWN) Plaintiff's Attorneys (cont'd.)

Timothy R. McHugh, Esquire
P.O. Box 211
Southborough, MA 01772
(617) 593-5405

## II. BASIS OF JURISDICTION    (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN    (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

## V. NATURE OF SUIT    (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury – | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury – | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | ☐ 370 Other Fraud | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 371 Truth in Lending | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 380 Other Personal | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | Property Damage | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 385 Property Damage | | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | Product Liability | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 730 Labor/Mgmt. Reporting | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | ☐ 740 Railway Labor Act | | Under Equal Access to Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | or Defendant) | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 871 IRS – Third Party | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | |
| | | ☐ 555 Prison Condition | Security Act | | |

## VI. CAUSE OF ACTION    (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

28 USC 1333 Maritime Lien and Vessel Arrest

## VII. REQUESTED IN    CHECK IF THIS IS A CLASS ACTION
## COMPLAINT:      ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

## VIII. RELATED CASE(S) (See instructions):
## IF ANY    None    JUDGE _____ DOCKET NUMBER _____

DATE
8-2-05

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____

UNITED STATES DISTRICT COUR
DISTRICT OF MASSACHUSETTS

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY)_____

   BAng Corporation v. S/V Sun Dancer

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVL
   COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___   I.     160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___   II.    195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

   (III)        110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

   ___   IV.    220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

   ___   V.     150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE
   HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.

   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS
   COURT?

                                                        YES        (NO)

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE
   PUBLIC INTEREST?   (SEE 28 USC §2403)

                                                        YES        (NO)

   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?

                                                        YES        NO

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE
   28 USC §2284?

                                                        YES        (NO)

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE
   COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE
   SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).

                                                        YES        NO

   A.    IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?

         EASTERN DIVISION          CENTRAL DIVISION          WESTERN DIVISION

   B.    IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING
         GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?

         (EASTERN DIVISION)        CENTRAL DIVISION          WESTERN DIVISION

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME ___William B. O'Leary, Esquire___    Timothy R. McHugh, Esquire

ADDRESS ___63 Shore Road, Suite 25___               P.O. Box 211
           Winchester, MA 01890                     Southborough, MA 01772
TELEPHONE NO. ___(781) 729-5400___                  (617) 593-5405

(Cover sheet local.wpd - 11/27/00)

                                                    8/2/05