UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Bang Corporation | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 05-11610-WGY |
| | ) | |
| S/V *Wind Dancer* (O.N. 627625), her | ) | |
| engines, tackle and appurtenances, | ) | |
| *In Rem*, *et al*. | ) | |
| | ) | |

MOTION TO CORRECT APPEARANCE

Now comes the Plaintiff, Bang Corporation, by its attorneys, and moves that this Honorable Court correct the docket to include Timothy R. McHugh as co-counsel for the Plaintiff, Bang Corporation, with William B. O'Leary, Esq., rather than as counsel for the Defendant persons and vessels.  Further, Mr. McHugh's address should be changed to:

      135 Great Plain Avenue
      Wellesley MA 02482
      Telephone:  617-593-5405
      Facsimile    781-416-4067
      E-Mail:     trmchugh@coastwiselaw.com

Wherefore, Bang Corporation prays that its motion be granted.

                Respectfully submitted,

                BANG CORPORATION.

                By its attorneys,

Date:  March 10, 2006

                */s/ William B. O'Leary*
                William B. O'Leary
                B.B.O. No.378575

- 2 -

O'Leary & Sbarra
63 Shore Road, Suite 25
Winchester MA 01890-2828
(781) 729-5400

*/s/ Timothy R. McHugh*_____
Timothy R. McHugh
B.B.O. No. 335480
135 Great Plain Avenue
Wellesley MA 02482
Tel:        617-593-5405
Facsimile: 508-229-7973
E-Mail:    trmchugh@coastwiselaw.com