UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Bang Corporation | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 05-11610-WGY |
| | ) | |
| S/V *Wind Dancer* (O.N. 627625), her engines, tackle and appurtenances, *In Rem*, et al. | ) ) ) ) | |

MOTION TO ISSUE SUMMONS AND TO EXTEND TIME FOR SERVICE

Now comes the Plaintiff, Bang Corporation, by its attorneys, and moves that this Honorable Court issue a Summons in this case to Mr. George Clopecki (formerly referred to as Mr. George Klopecki), an original defendant, and a record owner of the sailing vessel *Mistral*, after the expiration of the 120 day period for service pursuant to Fed. R. Civ. P. 4 (m).

As reason therefor, your Plaintiff has located Mr. Klopecki at an address other than that which it had at the time of the filing of this action, and will be able to serve him at that address. Mr. Klopecki is the only *in personam* Defendant in this case, and service upon him will result in resolving the title to that vessel.

Wherefore, Bang Corporation prays that its motion be granted.

Date:   March 10, 2006                    Respectfully submitted,

                                          BANG CORPORATION.

                                          By its attorneys,

                                          */s/ William B. O'Leary*
                                          William B. O'Leary
                                          B.B.O. No.378575
                                          O'Leary & Sbarra

- 1 -

        63 Shore Road, Suite 25  
        Winchester MA 01890-2828  
        Tel:    781-729-5400  

*/s/ Timothy R. McHugh*_____  
Timothy R. McHugh  
B.B.O. No. 335480  
135 Great Plain Avenue  
Wellesley MA 02482  
Tel:    617-593-5405  

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the prospective Defendant on this March 10, 2006.

*/s/Timothy R. McHugh*  
Timothy R McHugh,  
B.B.O. #335480  
135 Great Plain Avenue  
Wellesley MA 02482  
(617) 593-5405