UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Bang Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action. |
| ) | No 05-11610-WGY |
| ) | |
| S/V *Wind Dancer* (O.N. 627625), her ) | |
| engines, tackle and appurtenances, ) | |
| *In Rem*, et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

MOTION TO DISMISS CLAIMS WITH PREJUDICE

Now comes the Plaintiff, Bang Corporation, by its attorneys, and moves that this Honorable Court dismiss the *in rem* claims Plaintiff brought against the vessels S/V *Wind Dancer* (O.N. 627625), and M/V *Pork & Beans,* her engines, etc., and the 26 Ft. Bayliner, MS1164ZB, in this action with prejudice and without costs, no service having been made.

Respectfully submitted,

BANG CORPORATION.

By its attorneys,

Date:   March 10, 2006         */s/ William B. O'Leary*
William B. O'Leary
B.B.O. No.378575
O'Leary & Sbarra
63 Shore Road, Suite 25
Winchester MA 01890-2828
(781) 729-5400

- 2 -

        */s/ Timothy R. McHugh*
        Timothy R. McHugh
        B.B.O. No. 335480
        135 Great Plain Avenue
        Wellesley MA 02482
        Telephone:    617-593-5405